IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD EDWARD FRYE and <br> FRAUKE SHEPHARD-FRYE, <br><br> Plaintiffs, <br><br> v. <br><br> ULRICH GMBH & CO. KG and <br> ULRICH MEDICAL, USA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. CV- <br> 3:08cv158 |

RECEIVED
2008 MAR -6  A 10: 3...

## JOINDER IN REMOVAL

COMES NOW the Defendant Ulrich GmbH & Co. KG (hereinafter "Ulrich GmbH"), and appears specially, not to be construed as a general appearance for purposes of this litigation, for the limited purpose of providing notice of its consent to and joinder in removal of the action styled *Richard Edward Frye and Frauke Shephard-Fry v. Ulrich GmbH & Co. KG and Ulrich Medical USA, Inc.*, CV-2008-900004, in the Circuit Court of Macon County, Alabama to the United States District Court for the Middle District of Alabama, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. This consent and joinder has been filed within the thirty (30) day period as set forth in 28 U.S.C. § 1446(b).

By joining in and consenting to removal of this action, Ulrich GmbH expressly reserves all rights and defenses that it is entitled to assert,[1] and in no way does Ulrich GmbH waive its

---

[1] Contemporaneously herewith, Ulrich GmbH has filed a Motion To Quash the Plaintiffs' attempted, but improper, service of process on it. Not only did the Plaintiffs attempt to serve Ulrich GmbH with a copy of the Summons and Complaint at the wrong address and in the wrong country, but the Plaintiffs failed to serve Ulrich GmbH through the Hague Convention on Service Abroad on Judicial and Extra-judicial Documents in Civil or Commercial Matters (hereinafter the "Hague Convention"). *See* Fed. R. Civ. P. 4(f)(1),

DOCSBHM\1543474\1\

right to proper and legal service of process, nor does it consent to this Court's personal jurisdiction.

_____
JAMES B. CARLSON (ASB-7129-S78J)
CHRISTOPHER S. BERDY (ASB-4358-R68C)

Attorneys for Ulrich GmbH & Co. KG

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
Fax:   (205) 930-5101

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, postage prepaid, and properly addressed on this 5th day of March, 2008 as follows:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

_____
OF COUNSEL

---

(h)(2); Ala. R. Civ. P. 4.4(1); *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 699 (1988); Art. 2, 20 U.S.T. 361, I.I.A.S. 6638, 658 U.N.T.S. 163.