IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD EDWARD FRYE and<br>FRAUKE SHEPHARD-FRYE,<br><br>Plaintiffs,<br><br>v.<br><br>ULRICH GMBH & CO. KG and<br>ULRICH MEDICAL, USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. CV-<br>3:08cv158 - |

## NOTICE OF REMOVAL TO PLAINTIFFS

TO:  Jackson B. Harrison
     The Harrison Law Firm, LLC
     8425 Crossland Loop
     Montgomery, Alabama 36117

Please take notice that the Defendant Ulrich Medical USA, Inc., by and through its undersigned attorneys, has this date filed a Notice of Removal in the United States District Court for the Middle District of Alabama, to remove the above-styled cause of action from the Circuit Court of Macon County, Alabama, to the United States District Court for the Middle District of Alabama. You are also advised that a true and correct copy of the Notice of Removal has been filed with Clerk of the Circuit Court of Macon County, Alabama, which has effected this removal.

This the 5th day of March, 2008.

DOCSBHM\1543290\2\

_____
JAMES B. CARLSON
(ASB-7129-S78J)
CHRISTOPHER S. BERDY
(ASB-4358-R68C)

Attorneys for Defendant
Ulrich Medical USA, Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:    (205) 930-5100
Fax:    (205) 930-5101

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, postage prepaid, and properly addressed on this 5th day of March, 2008 as follows:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

_____
OF COUNSEL