IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD EDWARD FRYE, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:08-cv-158-MEF |
| | ) |
| ULRICH GMBH & CO. KG, *et al.,* | ) |
| | ) |
| Defendants | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Quash (Doc. #5) filed on March 6, 2008, it is hereby ORDERED that:

1.  The plaintiffs file a response which shall include a brief and any evidentiary materials on or before March 25, 2008.

2.  The defendant may file a reply brief on or before April 1, 2008.

DONE this the 11th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE