IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RICHARD EDWARD FRYE and )
FRAUKE SHEPHARD-FRYE, )
                             )
      **Plaintiffs,** )
                             )
v. )        **CIVIL ACTION NO. CV 08-158**
ULRICH GMBH & CO. KG and )
ULRICH MEDICAL, USA, INC., )
                             )
      **Defendants.** )

## AMENDMENT TO NOTICE OF REMOVAL

COMES NOW Defendant Ulrich Medical USA, Inc. (hereinafter "Ulrich Medical USA"), and appears specially, not to be construed as a general appearance for purposes of this litigation[1], for the limited purpose of amending its Notice of Removal as follows:

1.      On March 6, 2008, Ulrich Medical USA filed its Notice of Removal from the Circuit Court of Macon County, Alabama, to this Court.

2.      Paragraph 11 of the Notice of Removal states as follows:

> At the time of the commencement of this action and at all times subsequent thereto, Defendant Ulrich Medical USA, Inc. was a Missouri corporation organized and existing under and by virtue of the laws of the State of Missouri, with its principal place of business in St. Louis, Missouri (Exhibit B: Complaint, ¶4).

3.      However, Ulrich Medical USA is a Delaware corporation. Therefore, Paragraph 11 of the Notice of Removal should be amended to state as follows:

---

[1] On March 6, 2008, Ulrich Medical USA filed a Motion to Dismiss for Lack of Personal Jurisdiction on the grounds that the Plaintiffs cannot meet their burden of demonstrating that Ulrich Medical USA is subject to this Court's personal jurisdiction. *See* Fed. R. Civ. P. 12(b)(2); *Meier v. Sun Int'l Hotels, Ltd.,* 288 F.3d 1264, 1268-69 (11th Cir. 2002).

At the time of the commencement of this action and at all times subsequent thereto, Defendant Ulrich Medical USA, Inc. was a Delaware corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in St. Louis, Missouri.

WHEREFORE, PREMISES CONSIDERED, Defendant Ulrich Medical USA, Inc. respectfully requests that this Court allow it to amend its March 6, 2008, Notice of Removal to amend and identify its proper place of incorporation.

/s/ Christopher S. Berdy
JAMES B. CARLSON (ASB-7129-S78J)
CHRISTOPHER S. BERDY (ASB-4358-R68C)

Attorneys for Defendant
Ulrich Medical USA, Inc.

**OF COUNSEL**:

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
(205) 930-5100
(205) 930-5101

### CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

/s/ Christopher S. Berdy
OF COUNSEL