IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RICHARD EDWARD FRYE and<br>FRAUKE SHEPHARD-FRYE,<br><br>    Plaintiffs,<br>v.<br>ULRICH GMBH & CO. KG and<br>ULRICH MEDICAL, USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. CV 08-158 |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Ulrich Medical USA, Inc. (hereinafter "Ulrich Medical USA"), and appears specially, not to be construed as a general appearance for purposes of this litigation[1], for the limited purpose of making its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this Court's General Order No. 3047, and this Court's March 11, 2008, Order. In accordance with this Court's Order, Ulrich Medical USA makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees, affiliated, or similar reportable entities:

---

[1] On March 6, 2008, Ulrich Medical USA filed a Motion to Dismiss for Lack of Personal Jurisdiction on the grounds that the Plaintiffs cannot meet their burden of demonstrating that Ulrich Medical USA is subject to this Court's personal jurisdiction. *See* Fed. R. Civ. P. 12(b)(2); *Meier v. Sun Int'l Hotels, Ltd.*, 288 F.3d 1264, 1268-69 (11th Cir. 2002).

| Reportable Entity | Relationship to Party |
|---|---|
| Ulrich GmbH & Co. KG[2] | Parent corporation of Ulrich Medical USA[3] |

/s/ Christopher S. Berdy
JAMES B. CARLSON (ASB-7129-S78J)
CHRISTOPHER S. BERDY (ASB-4358-R68C)

Attorneys for Defendant
Ulrich Medical USA, Inc.

**OF COUNSEL**:

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
(205) 930-5100
(205) 930-5101

---

[2] Ulrich GmbH & Co. KG (hereinafter "Ulrich GmbH") has also been named as a Defendant in this lawsuit. On March 6, 2008, Ulrich GmbH appeared specially for the limited purpose of filing a Motion to Quash the Plaintiff's attempted, but improper, service of process on it.

Ulrich GmbH is a privately owned German corporation organized and existing under and by virtue of the laws of the Federal Republic of Germany with its principal place of business in Ulm, Germany. Contemporaneously herewith, Ulrich GmbH filed its Corporate Disclosure Statement, and it has no entities to be reported.

[3] Ulrich Medical USA is a Delaware corporation organized and existing under and by virtue of the laws of the State of Delaware, with its principal place of business in St. Louis, Missouri. Ulrich Medical USA is not publicly traded.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison  
The Harrison Firm, LLC  
8425 Crossland Loop  
Montgomery, Alabama 36117

                                           /s/ Christopher S. Berdy  
                                           OF COUNSEL