IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD EDWARD FRYE and<br>FRAUKE SHEPHARD-FRYE, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | CIVIL ACTION NO. CV 08-158 |
| ULRICH GMBH & CO. KG and<br>ULRICH MEDICAL, USA, INC., | ) <br> ) <br> ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Ulrich GmbH & Co. KG (hereinafter "Ulrich GmbH"), and appears specially, not to be construed as a general appearance for purposes of this litigation[1], for the limited purpose of making its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this Court's General Order No. 3047, and this Court's March 11, 2008, Order.  In accordance with this Court's Order, Ulrich GmbH makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees, affiliated, or similar reportable entities:

- There are no entities to be reported.[2]

---

[1] On or about March 6, 2008, Ulrich GmbH appeared specially for the limited purpose of filing a Motion to Quash the Plaintiff's attempted, but improper, service of process on it.  As set forth more fully in the Motion to Quash and as of the date of filing this motion, Ulrich GmbH has not been served through the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. *See* Fed. R. Civ. P. 4(f)(1), (h)(2); Ala. R. Civ. P. 4.4(1).

[2] Ulrich GmbH is a German corporation organized and existing under and by virtue of the laws of the Federal Republic of Germany with its principal place of business in Ulm, Germany.  Ulrich GmbH is not publicly traded.

DOCSBHM\1548259\1\

/s/ Christopher S. Berdy
JAMES B. CARLSON (ASB-7129-S78J)
CHRISTOPHER S. BERDY (ASB-4358-R68C)

Attorneys for Defendant
Ulrich GmbH & Co. KG

**OF COUNSEL**:

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL  35255-5727
(205) 930-5100
(205) 930-5101

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

/s/ Christopher S. Berdy
OF COUNSEL