IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

RICHARD EDWARD FRYE and )
FRAUKE SHEPHARD-FRYE, )
 )
    Plaintiffs, )
 )
 ) CIVIL ACTION NO. CV-
v. )
 ) 3:08CV158-MEF
ULRICH GMBH & CO. KG and )
ULRICH MEDICAL, USA, INC., )
 )
    Defendants. )

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO QUASH

COMES NOW the Plaintiffs, Richard Edward Frye and Frauke Shephard-Frye, and respectfully submit their response to Defendant Ulrich GMBH's Motion to Quash. In support of their response, the Plaintiffs state the following:

1. The Plaintiffs admit that service did not conform to the guidelines of the Hague Convention.

2. The Plaintiffs are currently pursuing proper service of process under the guidelines of the Hague Convention by and through the Central Authority of Germany.

3. The Plaintiffs' above styled cause of action should not be dismissed but instead the Plaintiffs request time to properly serve the Ulrich GMBH.

WHEREFORE, the Plaintiffs admit that the Defendant Ulrich GMBH's Motion to Quash is due to be granted. However, that this Court retain the above styled cause of action and allow the Plaintiffs time to properly serve the Defendant Ulrich GMBH's

Respectfully submitted this 25th day of March, 2008.

_____
Jackson B. Harrison (HAR285)
Attorney for the Plaintiff

_____
Donald R. Harrison (HAR096)
Attorney for Plaintiffs


OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920 phone
(334) 819-8923 fax


## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing has been served by hand delivery or by ordinary U.S. Mail, postage prepaid, on

Hon. James B. Carlson
Hon. Christopher S. Berdy
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255

on the 25th day of March, 2008.

_____
Of Counsel