IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA EASTERN DIVISION

RECEIVED

| | |
|---|---|
| RICHARD EDWARD FRYE and | ) |
| FRAUKE SHEPHARD-FRYE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ULRICH GMBH & CO. KG and | ) |
| ULRICH MEDICAL, USA, INC., | ) |
| | ) |
| Defendants. | ) |

2008 MAR 25  P 4: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. CV-

3:08 cv 158 -MEF

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COMES NOW the Plaintiffs, Richard Edward Frye and Frauke Shephard-Frye, and respectfully submit their response to Defendant Ulrich Medical USA's motion to dismiss for lack of personal jurisdiction. In support of their response, the Plaintiffs state the following:

1. This Court has personal jurisdiction over Ulrich Medical USA as an agent or alter ego of Ulrich GmbH & Co. KG, which has objected to service of process but has not objected to personal jurisdiction. In the alternative, this Court has personal jurisdiction over Ulrich Medical USA based solely on its contacts with the forum state.

2. On March 5, 2008, Ulrich Medical USA filed a motion to dismiss for lack of personal jurisdiction. Specifically, Ulrich Medical USA's motion alleged that "the Plaintiffs cannot meet their burden of establishing that this Court has personal jurisdiction over Ulrich Medical USA." Ulrich Medical USA stated that it is incorporated and has its

principal place of business in Missouri. Ulrich Medical USA alleges that it had nothing to do with the defective product at issue in this case, and that it has never made a sale in Alabama.

3. The plaintiff has the burden of establishing a prima facie case of personal jurisdiction over a nonresident defendant. <u>Meier v. Sun Int'l Hotels, Ltd.</u>, 288 F.3d 1264, 1268-69 (11th Cir. 2002). "A prima facie case is established if the plaintiff presents enough evidence to withstand a motion for directed verdict." <u>Madara v. Hall</u>, 916 F.2d 1510, 1514 (11th Cir. 1990) (citation omitted). Where the defendant submits evidence that is contrary to the plaintiff's evidence, the burden shifts back to the plaintiff to produce evidence supporting jurisdiction. <u>Meier</u>, 288 F.3d at 1269. Where the plaintiff's complaint and supporting evidence conflict with the defendant's evidences, the court must construe all reasonable inferences in favor of the plaintiff. <u>Id.</u>

<u>AGENCY</u>

4. Attached to this response as an exhibit, the plaintiffs submit e-mail correspondence between Kara Todd and Dr. Helmut Schoenhoeffer, and e-mail correspondence between Todd and Daniela Fiesel. Todd is the surgery scheduler for Neurospine of Dothan, who performed the surgery that removed the defective ADD Plus from Richard Frye's spine. Dr. Schoenhoeffer is the vice president of business development and marketing for Ulrich Medical USA. Fiesel is a customer service manager for Ulrich GmbH. This correspondence clearly shows that Ulrich Medical USA and Ulrich GmbH were acting as one entity concerning Richard Frye's injury.

5. According to the e-mail correspondence, after dispatching certain instruments and instructions for the removal of the ADD Plus, Fiesel directed Todd to contact either Ulrich GmbH or Ulrich Medical USA for assistance. Fiesel also specifically directed Todd to return the instruments to Ulrich USA. The correspondence shows that Dr. Schoenhoeffer did, in fact, assist Todd throughout the process of preparing for the surgery. After the surgery was completed, Dr. Schoenhoeffer asked Todd for information concerning the results of the surgery. Dr. Schoenhoeffer stated: "Representing a German manufacturer we would like to obtain any possible information, as complete as available including x-rays and implants for investigational purposes." Dr. Schoenhoeffer also acknowledged that the instruments could be returned to Ulrich Medical USA.

6. Agency is not limited to parent-subsidiary relationships. Personal jurisdiction over affiliated parties, whether a parent or another related subsidiary, is warranted when a corporation subject to the jurisdiction of the court acts in close conjunction with, or on behalf of, its affiliates. See Meier, 288 F.3d at 1273; see also United Elec. Radio and Mach. Workers of Am. v. 163 Pleasant St. Corp., 987 F.2d 39, 45, 48 (1st Cir. 1993) (asserting jurisdiction over Scottish parent and co-subsidiary based on business relationship with and activities of Massachusetts subsidiary); Pappalardo v. Richfield Hospitality Servs., Inc., 790 So.2d 1226, 1228 (Fla. 4th DCA) (finding agency based on evidence that the various parent and subsidiary defendants were "a confusing conglomerate, and were essentially one and the same company both financially and structurally"); see generally Gulf Coast Fans, Inc. v. Midwest Electronics Importers, Inc., 740 F.2d 1499 (11th Cir. 1984) (finding that through an agency relationship the defendant

could have sufficient contacts with the forum state to bring it within the district court's jurisdiction).

7. Here, Ulrich Medical USA was acting as an agent or alter ego of Ulrich GmbH. Clearly, Neurospine dealt with the two companies interchangeably, and this course of dealing by Neurospine was directed and consented to by Ulrich Medical USA.  The agency relationship between Ulrich GmbH and Ulrich Medical USA was established by the following: Ulrich GmbH stated that Ulrich Medical USA would act on its behalf; Ulrich Medical USA did in fact act on behalf of Ulrich GmbH; and Ulrich GmbH had control over Ulrich Medical USA's actions.  Ulrich GmbH has not objected to personal jurisdiction and in fact meets the minimum contacts test for personal jurisdiction.  Thus, this Court has personal jurisdiction over Ulrich Medical USA as Ulrich GmbH's agent or alter ego.

<u>MINIMUM CONTACTS</u>

8. "This court uses a two-part analysis in determining whether a district court had personal jurisdiction over nonresident defendants. The first step involves determining whether the forum state's long-arm statute provides a basis for jurisdiction.  If it does, then we determine whether there are sufficient minimum contacts between the forum state and the defendants such that satisfy the Fourteenth Amendment Due Process Clause's notions of fair play and substantial justice." <u>Lockard v. Equifax, Inc.</u>, 163 F.3d 1259, 1265 (11th Cir. 1998).  "In interpreting the reach of the state's long-arm statute, the Supreme Court of Alabama has extended the jurisdiction of Alabama courts to the extent permissible under the due process clause of the Fourteenth Amendment." <u>Olivier v.</u>

Merritt Dredging Co., Inc., 979 F.2d 827, 830 (11th Cir. 1992). Alabama's long-arm statute permits the exercise of personal jurisdiction to the fullest extent constitutionally permissible. See Ala. R. Civ. P. 4.2(b); Sieber v. Campbell, 810 So. 2d 641, 644 (Ala. 2001)." Sloss Industries Corp. v. Eurisol, 488 F.3d 922, 925 (11th Cir. 2007). "[T]he first prong of our due process inquiry, we consider whether the defendants… engaged in minimum contacts with the State of Alabama." Oilver 979 F.2d at 830. "In the second prong of our inquiry, we consider whether the exercise of personal jurisdiction over the defendants would offend traditional notions of fair play and substantial justice." Id. at 830-831. "In order to make a finding of minimum contacts with the state, the contacts must involve some purposeful availment of the privilege of conducting activities within the forum State, thus invoking the benefits and protections of its laws." Burger King Corp. v. Rudzewicz, 471 U.S. 462, 475 (1985).

9. Here, Ulrich GmbH performed surgery, by and through Dr. Buchholz, to implant the ADD Plus in the spine of the Plaintiff Richard Frye in Germany. Mr. Frye, a member of the Unitied States Armed Forces, was transferred from Germany to Alabama a short time after the surgery. While in Alabama and less than thirteen months after the surgery, the ADD Plus implant broke. When contacted by Mr. Frye, Dr. Buchholz of Ulrich GmbH told Mr. Frye that he should contact and seek the treatment and advice of Dr. Schoenhoeffer of Ulrich Medical USA. From this moment forward, any and all contact with Ulrich GmbH was directed to Ulrich Medical USA. The Plaintiff, Mr. Frye, pursued and received medical treatment from Neurospine of Dothan, AL. According to the affidavit of the Plaintiff, Mr. Frye, the President of Ulrich Medical USA called him

three times while he was living in Alabama to inquire as to how he was doing and to ask

Mr. Frye to keep him informed. According to the affidavit of the Plaintiff, Ms.

Shephard-Frye, the President of Ulrich Germany called her while she was in Alabama

and told her that a representative of Ulrich Medical USA would contact her and be the

consultant for Ulrich Germany. Further, a representative of Ulrich Medical USA called

Ms. Shephard-Frye and inquired about the Neurospine surgeon and what hospital would

be used to treat Mr. Frye. Dr. Barnard of Neurospine of Dothan, AL, by and through Ms.

Kara Todd, contacted Ulrich GmbH to receive the instruments and surgical techniques of

the ADD Plus to remove the device. Ms. Daniela Fiesel, of Ulrich GmbH, sent the

instruments and surgical techniques of the ADD Plus to Barnard. Dr. Schoenhoeffer

represented to Neurospine, by and through an e-mail dated Tuesday, March 27, 2007, that

he represented Ulrich GmbH. Furthermore, Dr. Schoenhoeffer actively consulted and,

from a distance, assisted Dr. Barnard in removing the ADD Plus device from the spine of

Mr. Frye. Finally, in accordance with their previous requests, Ulrich GmbH and Ulrich

Medical USA asked in separate e-mails that the surgical instruments used to remove the

ADD Plus device be sent to Ulrich Medical USA upon completion of the surgery.

    10. Under the ruling of the United States Court of Appeals for the Eleventh

Circuit in Lockard and Olivier, this Court must use a two prong test to determine whether

it has personal jurisdiction of the Defendant Ulrich Medical USA. Under the ruling in

Sloss Industries, Alabama's long-arm statute permits the exercise of personal jurisdiction

to the fullest extent constitutionally permissible. The Court in Olivier ruled that the first

prong is the minimum contacts test. Under the United States Supreme Court's ruling in

Burger King, in order for this Court to assert personal jurisdiction over the Defendant Ulrich Medical USA, Ulrich Medical USA must have purposefully availed themselves of the protections and benefits of the laws of Alabama. Here, in a series of e-mails dated from March 22 to March 28, 2007, there is evidence that Ulrich Medical USA by and through its Vice President Dr. Schoenhoeffer, purposefully availed themselves of the protections and benefits of the laws of Alabama by actively consulting Neurospine of Dothan about the surgery on the Plaintiff Mr. Frye. Furthermore, the series of e-mails from Dr. Schoenhoeffer to Ms. Todd of Neurospine of Dothan show that Ulrich Medical USA asked for and received the surgical instruments used in the surgery. The affidavits of the Plaintiffs show that it was Ulrich Medical USA, and not Ulrich GmbH, who was the consultant and contact for any problems or questions during the surgery to remove the broken device. The first prong of the two prong test of Lockard and Olivier is satisfied because the actions of the Defendant Ulrich Medical USA constitute purposeful availment to the protections and benefits of the laws of the State of Alabama.

11. Under the Court's ruling in Oliver, the second prong is "whether the exercise of personal jurisdiction would offend traditional notions of fair play and substantial justice." Here, Ulrich Medical USA was the professed only contact for the Plaintiffs and their surgeons at Neurospine of Dothan to remove the ADD Plus. Dr. Schoenhoeffer of Ulrich Medical USA was so involved in the surgery to remove the ADD Plus that he offered to come to Alabama to personally assist in the procedure. Furthermore, Dr. Schoenhoeffer requested by e-mail that the surgical instruments used to remove the ADD Plus device from Mr. Frye's spine be returned to Ulrich Medical USA. Dr.

Schoenhoeffer sent the instructions to the surgeons of Neurospine of Dothan on how to remove the ADD Plus from the spine of Mr. Frye. Clearly, these known and irrefutable actions by Ulrich Medical USA lawfully permit this Court to assert personal jurisdiction over Ulrich Medical USA without "offend[ing] traditional notions of fair play and substantial justice." Because the two prong test of Lockard and Olivier is satisfied by the actions of Ulrich Medical USA, this Court has personal jurisdiction over Ulrich Medical USA.

WHEREFORE, this Court has personal jurisdiction over Ulrich Medical USA as an agent or alter ego of Ulrich GmbH or, in the alternative, this Court has personal jurisdiction over Ulrich Medical USA due solely to its contacts with the forum state, the Plaintiffs respectfully request that this Honorable Court deny the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted this 25th day of March, 2008.

Jackson B. Harrison (HAR285)
Attorney for the Plaintiff

Donald R. Harrison(HAR096)
Attorney for Plaintiffs

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920 phone
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing has been served by hand delivery or by ordinary U.S. Mail, postage prepaid, on

Hon. James B. Carlson
Hon. Christopher S. Berdy
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255

on the 25th day of March, 2008.

Of Counsel

# EXHIBIT

# "A"

THE STATE OF ALABAMA        )
                                 )
THE COUNTY OF MONTGOMERY   )

## <u>AFFIDAVIT</u>

Before me, the undersigned, personally appeared Richard Frye, who being known to me and by me first duly sworn, deposes and says as follows:

My name is Richard Frye.  I present this affidavit in the United States District Court for the Middle District of Alabama to serve as my assertion and testimony in the case of Frye v. Ulrich GMBH, et. al.  My testimony is as follows:

1.     I received surgery by Ulrich GMBH whereby a device manufactured Ulrich GMBH, the ADD Plus, was implanted into my spine.

2.     The ADD Plus device implanted into my neck broke while we were living at Fort Rucker in Alabama.

3.     The President of Ulrich Medical USA called me after the device broke to find out how the device broke, ask how I was doing, and ask us to keep him informed about the removal of the device.

4.     The President of Ulrich Medical USA called me three times, but we only spoke once.

Further, deponent sayth not.

_Richard Edward Frye_
RICHARD EDWARD FRYE

Sworn to and subscribed before me on this the ~~March~~ 12ᵗʰ day of March, 2008.

_Celeste T. Wiggs_
Notary Public
My Commission Expires: _8-1-10_

3

# EXHIBIT

# "B"

THE STATE OF ALABAMA      )
                                    )

THE COUNTY OF MONTGOMERY   )

## AFFIDAVIT

Before me, the undersigned, personally appeared Fauke Shephard Frye, who being known to me and by me first duly sworn, deposes and says as follows:

My name is Fauke Shephard Frye.  I present this affidavit in the United States District Court for the Middle District of Alabama to serve as my assertion and testimony in the case of Frye v. Ulrich GMBH, et. al.  My testimony is as follows:

1.     My husband Mr. Richard Frye received surgery by Ulrich GMBH whereby a device manufactured Ulrich GMBH, the ADD Plus, was implanted into his spine.

2.     The ADD Plus device implanted into my husband Mr. Frye's neck broke while we were living at Fort Rucker in Alabama.

3.     The President of Ulrich GMBH called me after the device broke to inquire about the problem, ask how he could help, and to inform me and my husband that Ulrich Medical USA would be contacting us to be the contact and consultant for Ulrich GMBH.

4.     A representative of Ulrich Medical USA called the me and inquired about the which surgeon of Neurospine would be used to remove the device and which hospital would be used to treat Mr. Frye.

1

Further, deponent sayth not.

_F. Slephad-Frye_
FRAUKE SHEPHARD-FRYE

Sworn to and subscribed before me on this the ~~March~~ 12th day of March, 2008.

_Celeste T. Wiggins_
Notary Public
My Commission Expires: _8-1-10_

3

# EXHIBIT

# "C"

**Kara Todd**

| | |
|---|---|
| **From:** | Kara Todd [kara@dothanneurosurgery.com] |
| **Sent:** | Thursday, March 22, 2007 10:06 AM |
| **To:** | 'D.Fiesel@ulrichmedical.com' |
| **Subject:** | RE: shipping detials of ADDplus instruments |

**Importance:**      High

Thank you so very much, I will be awaiting it's arrival

Kara Todd

-----Original Message-----
From: D.Fiesel@ulrichmedical.com [mailto:D.Fiesel@ulrichmedical.com]
Sent: Thursday, March 22, 2007 9:58 AM
To: Kara Todd
Cc: c.ulrich@ulrichmedical.com; A.Schmid@ulrichmedical.com; h.schoenhoeffer@ulrichmedicalusa.com;
heather@ulrichmedicalusa.com
Subject: shipping detials of ADDplus instruments

 <<extracts ADDplus surgical technique.pdf>>  <<FedEX receipt.pdf>>  <<Proforma invoice no. AB198677.pdf>>

Kara,

We have today dispatched the necessary instruments for ADDplus revision (Richard Frye) directly to your address. The FedEx receipt as well as a copy of the Proforma invoice are enclosed. FedEx promised us delivery until Monday, 03/27/2007 until 10.30 a.m.

We have included a surgical technique of ADDplus in the parcel. Extracts of this manual you can find enclosed.

Now we hope that the shipment will arrive in time. If you need any assistance please feel free to contact me.

The people of ulrich medical USA can also be of assistance, please contact:

Helmut Schoenhoeffer, PhD
Vice President Business Development & Marketing
Phone: (636) 519-0268
Fax: (636) 519-0271
Cell: (636) 368-7042
h.schoenhoeffer <mailto:h.schoenhoeffer@ulrichmedicalusa.com> @ulrichmedicalusa.com

Heather Humphrey
Office Manager
Phone (636) 519-0268
Fax     (636) 519-0271
cell     (636) 288-3399
heather@ulrichmedicalusa.com

ulrich medical USA, Inc.
225 Chesterfield Industrial Blvd.
St. Louis, MO  63005

Please return the instruments to ulrich medical USA. Thanks!

Best regards

Daniela Fiesel
Innendienstleitung Vertrieb Wirbelsäulensysteme
Manager Customer Service Spinal Systems

MY COMMISSION EXPIRES
JAN. 6, 2010

1

ulrich GmbH & Co. KG
Buchbrunnenweg 12
89081 Ulm
Germany
Telefon/Phone: +49 (0)731 9654-110
Telefax/Fax:    +49 (0)731 9654-2702
e-mail:        d.fiesel@ulrichmedical.com
internet:      www.ulrichmedical.com
ulrich GmbH & Co. KG: Amtsgericht Ulm HRA 222
ulrich Verwaltungs GmbH: Amtsgericht Ulm HRB 3209
Geschäftsführer/CEO: Heinrich Ulrich, Klaus Kiesel

## Kara Todd

| | |
|---|---|
| **From:** | Kara Todd [kara@dothanneurosurgery.com] |
| **Sent:** | Wednesday, March 28, 2007 8:32 AM |
| **To:** | 'Helmut Schoenhoeffer' |
| **Subject:** | RE: screwdriver |
| **Importance:** | High |

Helmut-

Dr. Barnard is in the office today and would be glad to speak w/ you if you would like.
The office number is 334-793-6573. He says the case went well.
I will see what information I can get for you.
Again thank you so very much for all your help.
*Kara Todd*

-----Original Message-----
**From:** Helmut Schoenhoeffer [mailto:h.schoenhoeffer@ulrichmedicalusa.com]
**Sent:** Tuesday, March 27, 2007 11:23 PM
**To:** Kara Todd
**Cc:** 'Heather Humphrey'; Fiesel, Daniela
**Subject:** RE: screwdriver

Kara,

I would be most interested in finding out how surgery went. Representing a German manufacturer we would like to obtain any possible information, as complete as available including x-rays and implants for investigational purposes.

I hope I am not asking too much, just disclose what the hospital policy allows.

In case a personal visit helps to follow up and to answer questions, please note that I am available.

Please return all instruments to ulrich medical usa or send it directly to Germany if you like.

Regards


**Helmut Schoenhoeffer, PhD**
**Vice President Business Development & Marketing**
*ulrich medical* USA, Inc.


225 Chesterfield Industrial Blvd.
St. Louis, MO  63005
Phone: (636) 519-0268
Fax: (636) 519-0271
Cell: (636) 368-7042
h.schoenhoeffer@ulrichmedicalusa.com


3/14/2008

**From:** Kara Todd [mailto:kara@dothanneurosurgery.com]
**Sent:** Monday, March 26, 2007 11:00 AM
**To:** 'Helmut Schoenhoeffer'
**Subject:** RE: screwdriver
**Importance:** High

Hi Helmut,
We received the screwdriver this AM and Dr. Barnard is reviewing the information before I take it to the
Surgery department for autoclaving.
Thank you so very much. I will let you know if I have any problems or questions.

*Kara Todd*

-----Original Message-----
**From:** Helmut Schoenhoeffer [mailto:h.schoenhoeffer@ulrichmedicalusa.com]
**Sent:** Monday, March 26, 2007 10:39 AM
**To:** Kara Todd
**Subject:** RE: screwdriver

Hi Kara,

sorry for the late answer, just realized that my message from Cnd did not go
through. But you should be in good shape, since the shipment from Germany
should have arrived at your premises by now!

Regards

Helmut


**From:** Kara Todd [mailto:kara@dothanneurosurgery.com]
**Sent:** Thursday, March 22, 2007 7:55 AM
**To:** h.schoenhoeffer@ulrichmedicalusa.com
**Subject:** screwdriver
**Importance:** High

Morning Helmut,

I hope your flight was pleasant. Do you think you can provide me with tracking information for this
device?
I have to get it to the hospital and have it prepared prior to Tuesday 3-27. Also if you have any procedural
illustrations as to the proper way to  explant the screws it would be extremely helpful.

Thank you,

*Kara Todd*

3/14/2008

**Kara Todd**

| | |
|---|---|
| From: | D.Fiesel@ulrichmedical.com |
| Sent: | Thursday, March 22, 2007 9:58 AM |
| To: | Kara Todd |
| Cc: | 'c.ulrich@ulrichmedical.com'; 'A.Schmid@ulrichmedical.com'; 'h.schoenhoeffer@ulrichmedicalusa.com'; 'heather@ulrichmedicalusa.com' |
| Subject: | shipping detials of ADDplus instruments |

 

extracts ADDplus    FedEX receipt.pdf    Proforma invoice
surgical tech...        (458 KB)          no. AB198677....

<<Proforma invoice no. AB198677.pdf>>          <<extracts ADDplus surgical technique.pdf>>  <<FedEX receipt.pdf>>

Kara,

We have today dispatched the necessary instruments for ADDplus revision (Richard Frye) directly to your address. The FedEx receipt as well as a copy of the Proforma invoice are enclosed. FedEx promised us delivery until Monday, 03/27/2007 until 10.30 a.m.

We have included a surgical technique of ADDplus in the parcel. Extracts of this manual you can find enclosed.

Now we hope that the shipment will arrive in time. If you need any assistance please feel free to contact me.

The people of ulrich medical USA can also be of assistance, please contact:

Helmut Schoenhoeffer, PhD
Vice President Business Development & Marketing
Phone: (636) 519-0268
Fax: (636) 519-0271
Cell: (636) 368-7042
h.schoenhoeffer <mailto:h.schoenhoeffer@ulrichmedicalusa.com> @ulrichmedicalusa.com

Heather Humphrey
Office Manager
Phone (636) 519-0268
Fax     (636) 519-0271
cell     (636) 288-3399
heather@ulrichmedicalusa.com

ulrich medical USA, Inc.
225 Chesterfield Industrial Blvd.
St. Louis, MO  63005

Please return the instruments to ulrich medical USA. Thanks!

Best regards

Daniela Fiesel
Innendienstleitung Vertrieb Wirbelsäulensysteme
Manager Customer Service Spinal Systems
ulrich GmbH & Co. KG
Buchbrunnenweg 12
89081 Ulm
Germany
Telefon/Phone: +49 (0)731 9654-110
Telefax/Fax:     +49 (0)731 9654-2702
e-mail:          d.fiesel@ulrichmedical.com
internet:        www.ulrichmedical.com

1

ulrich GmbH & Co. KG: Amtsgericht Ulm HRA 222
ulrich Verwaltungs GmbH: Amtsgericht Ulm HRB 3209
Geschäftsführer/CEO: Heinrich Ulrich, Klaus Kiesel





8590434116341

ulrich GmbH & Co. KG
Buchbrunnenweg 12
89081 Ulm
Germany

Flowers Hospital
Kerry Todd
Suite 301
1118 Ross Clark Circle
DOTHEN, ALABAMA 36301
USA

**PROFORMA-INVOICE**

| | |
|---|---|
| Order-No. : | AB196677/EX |
| Date: | 22.03.07 |
| Item-No. : | 57533 |
| Invoice to No.: | 57533 |
| Page: | 1 |
| Salesperson: | Daniela Riesel / Spinal Systems |
| Phone: | +49 (0)731 9654-110 |
| Fax: | +49 (0)731 9654-2702 |
| e-mail: | d.riesel@ulrichmedical.com |

delivery address:
Flowers Hospital
Kerry Todd
Suite 301
1118 Ross Clark Circle
DOTHEN, ALABAMA 36301
USA

by :            Federal Express
VAT Registration No : DE147049042

your order  dd 22.03.07

| pos | product reference | quantity | price | total amount |
|---|---|---|---|---|

details of supplier: ulrich GmbH & Co. KG, GERMANY
FDA registration no : 8612420
owner/operator no. 9010776
details of recipient: ulrich medical USA Inc., USA
Tax I.D. number: EIN 02-0760414
FDA registration no.: 3003934483
owner/operator no. 9082154

fedires export

SAMPLES - for demonstration purposes only!
customs value EUR 10,00 - (for customs purposes only)

| 10 | CS 1322 | 1 | | 1,00  ST | | |
|---|---|---|---|---|---|---|
| | Nachdreher für osmium Schraube | 1  ST | | 2,50V | | 2,50 |
| | LOT No.: | WSA1082500 | | | | |
| | Tariff no.: | 90189085 | | | | |
| | MDL no.: | A912552 | / PRODUCTCODE  LX- | | | | |
| 20 | CS 1328 | 1 | | 1,00  ST | | |
| | Schraubendreher  SW 2,5 mm | 1  ST | | 2,50V | | 2,50 |
| | LOT No.: | WSA12507300 | | | | |
| | Tariff no.: | 90189085 | | | | |
| | MDL no.: | A912552 | / PRODUCTCODE  LX- | | | | |
| 30 | CS 2205-1 | 1 | | 1,00  ST | | |
| | reamer for VBR Ø 13 - 16 mm, | 1  ST | | 2,50 | | 2,50 |
| | 10-16 mm height | | | | | |
| | LOT No.: | SE1534371007 | | | | |
| | Tariff no.: | 90189085 | | | | |
| | MDL no.: | A848715 | / PRODUCTCODE  HT2 | | | | |

carried over           7,50

according to our general Geschäftsbedingungen

**ulrich GmbH & Co. KG**
Buchbrunnenweg 12
89081 Ulm
Tel +49 (0)731 9654-0
Fax +49 (0)731 9654-199
info@ulrichmedical.com
www.ulrichmedical.com

Bankverbindungen
Bank accounts
Baden-Württembergische
Bank Ulm
Konto-Nr. / 449 503 353
BLZ 600 501 01

Sparkasse Ulm
Konto-Nr. / 434 703
BLZ 630 501 00
Postbank
Konto-Nr. / 132 417
BLZ 630 100 00

Kommanditist
ulrich Verwaltungs GmbH
Amtsgericht Ulm HRB 3255
Ulrich GmbH & Co. KG
Amtsgericht Ulm HRA 222

Geschäftsführer:
Chief Executive Officer
Hermann Ulrich
Klaus Riesle



**ulrich medical**

ulrich GmbH & Co. KG
Buchbrunnenweg 12
89081 Ulm
Baden-Germany

ulrich GmbH & Co. KG · Postfach 4060 · 89030 Ulm

Flowers Hospital
Kary, Todd
Suite 301
1118 Ross Clark Circle
DOTHEN ALABAMA 36301
USA

Delivery address
Flowers Hospital
Kary Todd
Suite 301
1118 Ross Clark Circle
DOTHEN, ALABAMA 36301
USA

# PROFORMA-INVOICE

| | |
|---|---|
| Order-no | AB198677/EX |
| Date | 22.03.07 |
| Ident.-no. | 57533 |
| Invoice to no | 57533 |
| Page | 2 |
| Salesperson | Dennis Resel / Spinal Systems |
| Phone: | +49 (0)731 9654-110 |
| Fax: | +49 (0)731 9654-2792 |
| e-mail: | d.resel@ulrichmedical.com |

by          Federal Express
VAT Registration No.   DE147049042

your order. no. 22.03.07

| pos | product reference | quantity | price | total amount |
|---|---|---|---|---|
| | | | subtotal | 7.50 |
| 40 | OS 2252 | 1 | 1.00 ST | |
| | Expansion instrument for VBR Ø 12 - 19 mm | 1 ST | 2.70V | 7.50 |
| | LOT No. : W/SA12331400 | | | |
| | Tariff no. : 90189085 | | | |
| | MDL no. : A812502    / PRODUCTCODE | | | |

terms of delivery: CIP Dothen AL (Incoterms 2000)
insurance paid to consignee
packing: 1 single parcel (dimensions: 33x18x15cm)
net    weight: 0.600 kg
gross weight: 0.800 kg
country of origin: Federal Republic of Germany
country of destination: United States of America

| | |
|---|---|
| Total EUR | 19.70 |
| VAT amount | 0.– |
| Total amount EUR | 19.00 |

VALUE FOR CUSTOMS PURPOSES ONLY

Es gelten die umseitigen allgemeinen Geschäftsbedingungen.

ulrich GmbH & Co. KG
Buchbrunnenweg 12
89081 Ulm
Fon +49 (0)731 9654-0
Fax +49 (0)731 9654-195
vertrieb@ulrichmedical.com
www.ulrichmedical.com

Bankverbindungen:
Bank account:
Baden-Württembergische
Bank Ulm
Konto-Nr. 2 436 503 363
BLZ 600 501 01

Kommentar:
ulrich Verwaltungs GmbH
Amtsgericht Ulm HRB 320 3
ulrich GmbH & Co. KG
Amtsgericht Ulm HRA 222

# ADD und ADD*plus* Implantate
## ADD and ADD*plus* implants



### ADD

[text illegible due to faded scan]

### ADD

ADD Cylinder is available in three diameters (7, 8 and 9 mm). The distraction ranges permit from 10 to 45 mm. In total, the implants are available with a range of 67. By turning in a distraction, the implant is spread open and the distraction height becomes fixed. The distraction height of the implant may be adjusted continuously to the individual case.



### ADD*plus*

[text illegible due to faded scan]

### ADD*plus*

Four different ADD*plus* implants (CS 225.xx) with an diameter of 13 mm and four distraction ranges (13-18 mm, 17-26 mm, 25-41 mm, and 40-69 mm) are available for use. An implant's features an angle of 6°. The height adjustment is effected in the same way as for ADD.



### Madenschraube

Die Madenschraube (CS 225.9) dient zur Fixierung des distrahierten ADD oder ADD*plus* Implantats.

### Set screw

The set screw (CS 225.9) is used for the fixation of the distracted ADD or ADD*plus* implant.



### osmium Schraube

[text illegible due to faded scan]

### osmium screw

The osmium screw (CS 300-14, -16, -18) is available in different lengths (14, 16, 18 mm) with an diameter of 5 mm. The length is easily recognizable according to colour: 14 mm is yellow, 16 mm one green and 18 mm blue. Expansion of the screw is achieved by inserting the bolt. Hyperexpansion of the screw is not possible.



### Spongiosaschraube

[text illegible due to faded scan]

### Cancellous bone screw

The cancellous bone screw (CS 190-xx) is used for fixation purposes. The diameter is 4 mm. The lengths of the screws are 12, 14, 16, 18, 20, 24 and 26 mm.



## not FDA-approved!

# Instrumente ADD und ADDplus
## Instruments ADD and ADDplus

ADDplus
ADD and ADDplus







**⊓ CS 2252**

Dilatationsinstrument          Expansion instrument
für ADD und ADDplus            ADD and ADDplus

**⊓ CS 2255-1**



**⊓ CS 2255-2**

Haltezange für große Höhen     Inserter for large heights

**⊠ CS 2274-2**

Einschlaginstrument,           Impactor
Höhe 8 mm, gerade              height 8 mm, straight



**⊓ CS 5788**

Messlehre                      Größenmesser

─────────── **not FDA-approved!** ───────────



## Instrumente nur ADD
### Instruments ADD only





**CS 2261**

Schraubendreher
mit Haltevorrichtung
und SW

Screwdriver
hex 3.5 mm

**CS 2266-3**

## Instrumente nur ADD*plus*
### Instruments ADD*plus* only



**CS 1219**

Schraubenfasszange            Screw holding forceps

**CS 1310-1**

Führenschlüssel
für osmium Schraube        Screwdriver
                           for osmium screw

**CS 1310-2**

Einsatz für Führenschlüssel   Attachment for screwdriver

**CS 1322**

Nachdrehen
für osmium Schraube        osmium screw tightener

**CS 1323**

osmium drill bit
Ø 2.5 mm für CS 1324

**CS 1324-1**

osmium depth stud

---

## not FDA-approved!



# Instrumente nur ADDplus
## Instruments ADDplus only



**CS 1324-2/-3**

**CS 1325**

**CS 1326**

**CS 1328**

**CS 2258-3**

**UT 1068-23**

**not FDA-approved!**

**FedEx** EXPRESS  **Internationaler Luftfrachtbrief**
Für Sendungen aus Europa, dem Nahen Osten, Afrika und dem indischen Subkontinent

7004470300700043719082 8

**1  Von / From**

Datum  22  03 2007                          4517-0342 5

Name des Absenders  Daniela Fissel        Tel.-Nr.  0049701196654-110

Firma  ULRICH GMBH & CO. KG

Anschrift  MEDIZINTECHNIK

Adresse  BUCHBRUNNENWEG 12

Ort  ULM JUNGINGEN

Land  DE                    Postleitzahl  89081

**2  An / To**

Name des Empfängers  Karry Todd        Tel.-Nr.  001-334-793-500

Firma  Flowers Hospital

Anschrift  Suite 301/ 1118 Ross Clark Circle

Ort  Dothan, Alabama          Bundesland/Provinz  Alabama

Land  USA                      Postleitzahl/ZIP  36301

**3  Sendungsinformation / Shipment Information**

Anzahl der Frachtstücke: 1    Gesamtgewicht: 0,880    Volumen: 22    17    18

surgical instruments        90189065  Germany   EUR 10,00
Samples - for demonstration
purposes only

                                              EUR 10,00

**4  Express Paket Service / Express Package Service**  für Pakete bis zu 68 kg

**5  Verpackung / Packaging**

**6  Sonderservice / Special Handling**

**7a  Bezahlung / Payment**  Rechnung für Transportgebühren an

**7b  Bezahlung / Payment**  Rechnung für Zoll und Steuern an

**8  Ihre interne Rechnungsreferenz**

**9  Erforderliche Unterschrift / Required Signature**

8590 4341 1634

536

0405

**FedEx** Express · Internationaler Luftfrachtbrief · Für Sendungen aus Europa, dem Nahen Osten, Afrika und dem indischen Subkontinent

700447080070034717450?

**1 Von / From**

Datum: 22 03-2007    FedEx Kundennummer des Absenders: 1517-0912-5

Name des Absenders: Daniela Fiesel    Tel.-Nr. 004 71159 54-110

Firma: ULRICH GMBH & CO. KG

Anschrift: MEDIZINTECHNIK

Adresse: BUCHBRUNNENWEG 12

Ort: ULM JUNGINGEN    Bundesland/Provinz:

Land: DE    Postleitzahl: 89081

**2 An / To**

Name des Empfängers: Karry Todd    Tel.-Nr. 001-334-793-500

Firma: Flowers Hospital

Adresse: Suite 301/ 1118 Ross Clark Circle

Ort: Dothan, Alabama    Bundesland/Provinz: Alabama

Land: USA    Postleitzahl/ZIP: 36301

**3 Sendungsinformation / Shipment Information**

Anzahl der Frachtstücke: 1    Gesamtgewicht: 0,880 kg    Volumen: 22 / 17 / 18

surgical instruments    90189085    Germany    EUR 10,00
Samples - for demonstration
purposes only

EUR 10,00

**4 Express Paket Service / Express Package Service** Für Pakete bis zu 68 kg
FedEx Int. Priority
FedEx Int. Priority mit Zusatzoption FedEx Europe First

**5 Verpackung / Packaging**
FedEx Envelope · FedEx Pak · FedEx Box · FedEx Tube · FedEx 10kg Box · FedEx 25kg Box

**6 Sonderservice / Special Handling**

**7a Bezahlung / Payment** Rechnung für Transportgebühren an:
X Absender · Empfänger · Dritte · Kreditkarte · Bar/Scheck

**7b Bezahlung / Payment** Rechnung für Zoll und Steuern an:
X Absender · Empfänger · Dritte

**8 Ihre interne Rechnungsreferenz**

**9 Erforderliche Unterschrift / Required Signature**

Unterschrift des Absenders: [signature]

Hinweise zum Ausfüllen dieses Luftfrachtbriefes finden Sie auf der Rückseite des fünften Blattes
Refer to any other page for English translation
Besuchen Sie unsere Website fedex.com

8590 4341 1634    0405