# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RICHARD EDWARD FRYE and** ) | |
| **FRAUKE SHEPHARD-FRYE,** ) | |
|     Plaintiff, ) | |
| v. ) | |
| **ULRICH GMBH & CO. KG and ULRICH** ) | |
| **MEDICAL, USA, INC.,** ) | CIVIL ACTION NO. CV 08-158 |
|     Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW the undersigned, James B. Carlson and Christopher S. Berdy, and notifies this Court and all counsel of the following change of address:

    Christian & Small, LLP
    505 North 20th Street, Suite 1800
    Birmingham, Alabama 35203
    Office Fax:   (205) 328-7234


    James B. Carlson
    Office Phone:  (205) 250-6651
    Email Address:  jbc@csattorneys.com

    Christopher S. Berdy
    Office Phone:  (205) 250-6635
    Email Address:  csb@csattorneys.com


    /s/ Christopher S. Berdy
    JAMES B. CARLSON (ASB-7129-S78J)
    CHRISTOPHER S. BERDY (ASB-4358-R68C)

Attorneys for Ulrich Medical U.S.A., Inc.

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel of record, via the Court's electronic filing system or by U.S. Mail, postage prepaid and properly addressed, on this 14th day of May, 2008, as follows:

Jackson B. Harrison
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

Honorable Troy King
Attorney General, State of Alabama
11 South Union Street, Third Floor
Montgomery, AL  36130

                /s/Christopher S. Berdy
                OF COUNSEL