IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RICHARD EDWARD FRYE, et al.,    )
    )
        Plaintiffs,    )
    )
v.    )  CIVIL ACTION NO. 3:08cv158-MEF
    )
ULRICH GMBH& CO. KG, et al.,    )
    )
        Defendants.    )

## ORDER

It is hereby ORDERED that the above-referenced case is set for a scheduling conference on April 20, 2010 at 4:00 p.m. by telephone. Counsel for defendants is DIRECTED to set up the telephone conference call.

Done, this 2nd day of April, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE